UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

REGINALD FREY,

    Plaintiff,

vs.

LOUIS DEJOY, Postmaster General,

    Defendant.

Case No. 3:22-cv-232

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND (Doc. No. 26); AND (2) EXTENDING PLAINTIFF'S RESPONSE DEADLINE TO SEPTEMBER 12, 2024**

---

This case is before the Court upon *pro se* Plaintiff's unopposed motion for an extension of time to respond to Defendant's motion for summary judgment. Doc. No. 26. For good cause shown, the Court **GRANTS** the unopposed motion and **EXTENDS** Plaintiff's response deadline to **September 12, 2024**. Because this is a lengthy extension, the Court does not anticipate granting Plaintiff further extensions, absent extraordinary circumstances.

    **IT IS SO ORDERED.**

    June 18, 2024

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge