AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Reginald Frey, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  3:22-cv-00232 |
| Postmaster General Louis Dejoy | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:    GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; DIRECTING THE CLERK TO ENTER JUDGMENT IN DEFENDANT'S FAVOR; TERMINATING THE CASE ON THE DOCKET.

.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Michael J. Newman _____ on a motion for

   Summary Judgment

Date:   1/31/2025 _____

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk